UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

HAYTON ORGANICS, INC.,
d/b/a HAYTON FARMS BERRIES,
a Washington corporation,

    Plaintiff,

v

KRIEGER'S WHOLESALE NURSERY, INC., a
Michigan corporation,

    Defendant.

Case No. 1:23-cv-01194
Hon. Paul L. Maloney
Magistrate Ray Kent

**CONSENT JUDGMENT**

At a session of the Court Held in the
Western District of Michigan on <u>February 3</u>, 2026

PRESENT: HON. PAUL L. MALONEY
United States District Court Judge

The parties appeared before the Court on December 4, 2025, for a Final Pretrial Conference and placed a settlement on the record that resolves all claims that were or could have been made by Plaintiff against Defendant arising out of two agreements entered into by the parties for the purchase/sale of 5,900 Red Autumn Bliss raspberry plants. The Court approved the settlement and, accordingly, IT IS HEREBY ORDERED AND ADJUDGED as follows:

    1.    Judgment is hereby entered in favor of Hayton Organics, Inc., d/b/a Hayton Farms Berries, a Washington corporation (Hayton) against Krieger's Wholesale Nursery, Inc., n/k/a Krieger's Wholesale Nursery ("Krieger") in the amount of $125,000.

    2.    The $125,000 owed to Hayton will be paid in 24 monthly payments of $5208.33 beginning on February 15, 2026, and on the 15th of every month thereafter, without interest, until

2584501 v1

paid in full, unless Krieger goes in default, in which case statutory judgment interest will be payable on the amount owed from the time the default occurs until HAYTON is paid in full.

      3.      Payments shall be made by ACH wire transfer from Krieger to a designated account, the details of which will be provided to counsel for Krieger.

      4.      Krieger shall pay Hayton in twenty-four monthly payments of $5,208.33 by ACH transfers commencing on February 17, 2026, and continuing on or before March 15, 2026, and the 15th day of each month thereafter, with the final payment due and owing on or before January 15, 2028. Should the 15th day of any month fall on a weekend or holiday, the payment shall be due on the first business day after said 15th day.

      5.      Krieger shall have two (2) business days from each payment due date (the "grace period") to initiate its ACH payment (i.e., payments due on the 15th day of a month shall be initiated on or before 2 business days after the 15th day of said month). Should Krieger fail to initiate any payment by the due date or within the applicable grace period, Krieger shall be deemed to be in default and the amount then due accelerated and due immediately.

      6.      The $125,000 owed to Hayton will be unconditionally guaranteed by the signing of a written guarantee in the name of Krieger's Family Farms, LLC, by its managing member.

      7.      Except for receiving and crediting the payments provided for in this Consent Judgment, Hayton shall take no other action to collect on the Consent Judgment including, without limitation, executing upon the assets of Krieger or the guarantee, or domesticating this Consent Judgment, except in the event of default.

      8.      This is a final judgment that resolves all outstanding claims. This Court retains jurisdiction to adjudicate any other dispute arising out of, or in connection with, the settlement of this matter, the Guaranty, and this Consent Judgment.

2584501 v1

9. Upon payment in full as outlined in this Consent Judgment, Hayton shall file a satisfaction and release with the Court.

        /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge

APPROVED AS TO FORM AND CONTENT:

*/s/ Howard I. Wallach*
Howard I. Wallach (P29921)
Attorney for Plaintiff

*/s/ Jay Sherston*
Jay Sherston (P83183)
Attorney for Defendant

3

2584501 v1